

**TULLY RINCKEY** PLLC
**ATTORNEYS & COUNSELORS AT LAW**

2001 L STREET NW, SUITE 902
WASHINGTON, DC 20036
PHONE: (202) 787-1900
FAX: (202) 640-2059
WWW.TULLYLEGAL.COM
EMAIL: INFO@TULLYLEGAL.COM

*VIA EMAIL TO:  SJohnson@bkcklaw.com*

May 27, 2026

Shelley L. Johnson, Esquire
Karpinski, Cornbrooks & Karp, P.A.
120 Baltimore Street
Suite 1850
Baltimore, Maryland 21202

      Re:    *Brooking v. Prince Georges County Fire Department*
                <u>**Civil No. 8: 24-cv-03072-PJM**</u>

Dear Ms. Johnson:

This letter follows  our Meet and Confer where we discussed your client's objections to the Topics identified in our Rule 30(b)(6) Notice that identified the following Topics:

Topic 1
Topic2
Topic 3
Topic 4
Topic 5
Topic 20/36,
Topic 20/37,
Topic 23,
Topic 27/35,
Topic 29 32
Topic 38
Topic 40

Regarding Topic 20/36, we discussed that the Plaintiff is looking for the income that she lost as a result of actions taken against her in this matter- loss of overtime.  I have deleted Topics 20 and 36 since Topic 19 covers the income Plaintiff lost when her overtime was cancelled.

Regarding Topic 21/37, we will withdraw.

Shelley L. Johnson, Esquire
May 27, 2026
Page 2

      Topic 23:  To clarify, we mean by the term "implicated personnel" and "designee", the parties and individuals involved and identified in the allegations in the Plaintiff's Complaint now pending before the Court.

      Topic 27/35:  I clarified our position on this Topic by pointing out that we would like someone to address the areas identified.  You may provide that for Topic 27.  You may have multiple people address the areas inquired into.  As discussed, we will prepare a Protective Order so that the information sought, which is necessary for comparator evidence, can be received.

      Topic 29:  We are seeking and clarified that we are only interested in information sought under this Topic that the County is in possession of whether it's via the County's system(s) or information provided during any collection of evidence of this case, even if that is from personal correspondence.  I clarified that I am not looking for, or interested in, having the County confiscate personal telephones.  I also stated that to the extent there is no evidence in the County's possession on this Topic any witnesses can be produced to simply state the same.

      Topic 32:  This topic will go forward as I clarified that what Attorney Rose indicated here was for the "putative" fit-test issues as indicated in Topic 32 and that did not say "punitive."

      Topic 38:  For this Topic 38 we agreed that I will make it clear that we are only seeking information limited to PG County and specifically where Plaintiff's actions were involved on the relevant days question and at issue herein.

      I have attached the third amended Deposition notice that contains the edits we discussed during the meet and confer.  I have noted the deposition forte June 5th day, as agreed.  Please let me know if you have any questions.

Very truly yours,

Donna Williams Rucker
Managing Partner