| | |
|---|---|
| **From:** | Shelley Johnson |
| **To:** | Barbara J. Gaither |
| **Cc:** | Donna Williams Rucker |
| **Subject:** | RE: Sent on behalf of Donna Rucker re Tiffany Brooking |
| **Date:** | Tuesday, May 26, 2026 1:35:45 PM |
| **Attachments:** | image001.jpg |
| | 2026.05.26 Letter to Atty Rucker re Third Amended 30(b)(6) Notice of Depo.pdf |

Ms. Rucker,

Please find Defendant Prince George's County Maryland's objections to Plaintiff's Third Amended 30(b)(6) Notice of Deposition.

Feel free to contact me to discuss.  I have a telephone conference with the Court at 2:00 but should be free by 3:00.

Have a good day,

Shelley L. Johnson, Esquire

Karpinski, Cornbrooks & Karp, P.A.

120 Baltimore Street

Suite 1850

Baltimore, Maryland 21202

SJohnson@bkcklaw.com

(301) 535-1884


**From:** Barbara J. Gaither <BGaither@fedattorney.com>
**Sent:** Tuesday, May 26, 2026 11:21 AM
**To:** Shelley Johnson <SJohnson@bkcklaw.com>
**Cc:** Donna Williams Rucker <DRucker@fedattorney.com>
**Subject:** Sent on behalf of Donna Rucker re Tiffany Brooking

Ms. Johnson,

Please find attached the cover letter and Rule 30(b)(6) deposition notice in this matter. The attached have been edited to correct the date.

Regards,

Barbara

Barbara J. Gaither

LEGAL SUPPORT STAFF
BGaither@fedattorney.com

tr-anniversary-logo-email-signature.jpg

**Tully Rinckey PLLC**

2001 L Street NW Suite 902 | Washington, DC 20036

+1 (202) 787-1900 Phone | +1 (202) 375-2277 Direct | +1 (202) 640-2059 Fax

www.fedattorney.com

Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged or otherwise protected from disclosure. The use or disclosure of the information contained in this transmission for any purpose other than that intended by its transmittal is strictly prohibited. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.